1
2
3
4
5
6
7
8            **UNITED STATES DISTRICT COURT**
9            **CENTRAL DISTRICT OF CALIFORNIA**
10

11  NORA VILLALTA,                    )        Case No.:  CV 11-1884 DSF (JEMx)
                                       )
12              Plaintiff,            )
                                       )
13        v.                          )        JUDGMENT
                                       )
14  CEC ENTERTAINMENT, INC., et        )
    al.,                               )
15                                     )
                Defendant.            )
16                                     )
                                       )
17  _____   )
18

19        The Court having previously issued an Order to Show Cause re Dismissal

20  for Lack of Prosecution and plaintiff having failed to comply and timely prosecute

21  the action,

22  IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be

23  dismissed without prejudice, in its entirety.

24

25  Dated: October 19, 2012          _____
26                                          Dale S. Fischer
                                       United States District Judge
27

28